# Ben J Mazzucco
## State Marshal
## Connecticut

### Officers Return

P.O. Box 120604
East Haven Ct, 06512
Cell 203-605-6367
Fax 475-238-8667

**State of Connecticut**
                    SS: New Haven                    March 12, 2012
**County of New Haven**

  Then and there by virtue hereof I served a true and attested copy of the original Writ, Summons, Complaint, Exhibits, Order on Pretrial Deadlines, Electronic Filing order, and notice to counsel on CPA Global Limited C/O John R. Horvack. Jr, Esq 195 Church St. New Haven Ct. authorized to accept service with my endorsement.

  The within and forgoing is the true Original Writ, Summons, Complaint, Exhibits, Order on Pretrial Deadlines, Electronic Filing order, and notice to counsel with my endorsement.

Ben J Mazzucco
*State Marshal*

| | |
|---|---|
| Service | $ 30.00 |
| Copies | $ 89.00 |
| Travel | $ |
| Cert Mail | $ |
| Endor | $ .80 |
| Filing Fee | $ |
| **TOTAL** | **$ 119.80** |